# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Facciola, John M. | **2. Court or Organization**<br><br>District of Columbia | **3. Date of Report**<br><br>06/12/2014 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐   Amended Report | **6. Reporting Period**<br><br>01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

E. Barrett Prettyman Courthouse
333 Constitution Avenue N.W.
Washington DC 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 08/31/2013 | Georgetown University Approved Teaching at Foundations of American Law Program for foreign students | $600.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 12/31/2013 | Fairfax County School System Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Ave Maria School of Law | Jan. 21, 2013 | Naples, FL | Conference | (meals, transportation, lodging) |
| 2. | American Bar Assn. | Jan. 23 - 25, 2013 | Tampa, FL | Conference | (meals, transportation, lodging) |
| 3. | The Sedona Conference | Feb. 20-22, 2013 | Phoenix, AZ | Conference | (meals, transportation, lodging) |
| 4. | American Bar Assn. | Feb. 22-27, 2013 | San Francisco, CA | Conference | (meals, transportation, lodging) |
| 5. | South Carolina Law Review | March 1, 2013 | Columbia, SC | Conference | (meals, transportation, lodging) |
| 6. | Arizona State University | March 14, 2013 | Tempe, AZ | Conference | (transportation) |
| 7. | American Bar Assn. | May 5, 2013 | New York, NY | Conference | (transportation) |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Facciola, John M. | 06/12/2014 |

| | | | | | |
|---|---|---|---|---|---|
| 8. | FC Business Intelligence | May 20-21, 2013 | Pittsburgh, PA | Conference | (meals, transportation, lodging) |
| 9. | Federal Circuit Bar Assn. | May 28-29, 2013 | Newark, NJ | Conference | (meals, transportation, lodging) |
| 10. | Litigation Advocacy Institute | Oct. 1, 2013 | New York, NJ | Conference | (transportation) |
| 11. | ITLEX Inc. | Oct. 16-17, 2013 | Orlando, FL | Conference | (meals, transportation, lodging) |
| 12. | The Sedona Conference | Oct. 23-26, 2013 | San Diego, CA | Conference | (meals, transporation, lodging) |
| 13. | Milwaukee Bar Assn. | Oct. 31 - Nov. 1, 2013 | Milwaukee, WI | Conference | (meals, transportation, lodging) |
| 14. | The Sedona Conference | Nov. 6-8, 2013 | Phoenix, AZ | Conference | (meals, transportation, lodging) |
| 15. | Penn. Bar Institute | Nov. 10-11, 2013 | Philadelphia, PA | Conference | (melas, transportation, lodging) |

| Name of Person Reporting | Date of Report |
|---|---|
| Facciola, John M. | 06/12/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Visa | Credit Card | J |
| 2. | Master Card | Credit Card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Facciola, John M. | 06/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Savings and Money Market Accounts BB&T | A | Interest | L | T | | | | | |
| 2. Paine Webber Cash Fund | A | Interest | J | T | | | | | |
| 3. Federal Justice Credit Union | A | Interest | J | T | | | | | |
| 4. ING Groep NV Perpetual Hybrid Cap PFD stock | B | Dividend | | | Redeemed | 12/16/13 | K | | |
| 5. Lehman Bros Holding Inc Preferred Stock | | None | J | T | | | | | |
| 6. Lehman Bros Holdings Ind (II) Bond | | None | J | T | | | | | |
| 7. Pacific Frontiers Life Insurance Fund | B | Interest | K | T | | | | | |
| 8. Invesco Mortgage Capital Inc | B | Dividend | J | T | | | | | |
| 9. United Development Funidng IV | A | Dividend | J | T | | | | | |
| 10. Brokerage Insured Deposit Account-Bank of America | A | Interest | J | T | | | | | |
| 11. Penn Mutual Flexible Premium Variable Life Insurance | A | Interest | K | T | | | | | |
| 12. HSBC Bank USA NA US Indy Titans -CD | A | Interest | J | T | | | | | |
| 13. Van Kampen Unit TR 1106 | A | Dividend | | | Redeemed | 04/30/13 | J | | |
| 14. Telecom Italia Capital Note | A | Interest | | | Sold | 06/28/13 | K | A | |
| 15. Brokerage Insured Deposit Account jmf gjf co-tenants Continental Bank | A | Interest | J | T | | | | | |
| 16. Amerenergy Generating Co Senior Note due 04/15/18 | B | Interest | | | Sold | 10/10/13 | K | | |
| 17. Vodafone Group PLC New Sponsored ADR | A | Dividend | | | Sold | 05/08/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Facciola, John M. | 06/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | AG Mortgage Inv. TR Inc | A | Dividend | | | Sold | 01/08/13 | J | A | |
| 19. | Amerenergy Generating Co. Inc Note due 06/01/32 | B | Interest | | | Sold | 10/03/13 | J | | |
| 20. | Smart Trust High 20 Div Strategy | A | Dividend | | | Sold | 04/29/13 | K | B | |
| 21. | Babson Capital (GLB Short Duration High Yield) | B | Dividend | K | T | | | | | |
| 22. | Jefferies Group Inc Senior Note | A | Interest | | | Sold | 07/03/13 | K | B | |
| 23. | Smart Trust Zacks Diversified Equity & Corp | A | Dividend | J | T | Buy | 02/05/13 | J | | |
| 24. | Smart Trust Enhanced Value II std 7 | A | Dividend | K | T | Buy | 05/08/13 | K | | |
| 25. | Smart Trust Enhanced Value II std 7 | | None | | | Buy | 08/20/13 | J | | |
| 26. | Smart Trust Dynamic Sector Income 5 | A | Dividend | K | T | Buy | 06/12/13 | K | | |
| 27. | First Trust Bal Inc, Eqty & ETF 5 | A | Dividend | J | T | Buy | 08/21/13 | J | | |
| 28. | CVR Refining Ld Partenrship Com Unit Pub Traded Partnership | A | Distribution | J | T | Buy | 10/03/13 | J | | |
| 29. | ARES Multi Strategy Credit Fund | | None | J | T | Buy | 10/28/13 | J | | |
| 30. | Smart Trust Cap INov GLB infra & mlp 4 | | None | K | T | Buy | 12/16/13 | K | | |
| 31. | Smart Trust Tax Free Inc Ser 13 Trust | A | Dividend | J | T | Buy | 04/17/13 | K | | |
| 32. | First Trust -3 Bal Incm Equity & ETF 3 | A | Dividend | K | T | Buy | 04/22/13 | K | | |
| 33. | First Trust Bal Incm Equity & ETF 3 | | None | K | T | Buy | 03/21/13 | J | | |
| 34. | Royal Bank Scotland Sub note | A | Interest | | | Buy | 07/03/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Facciola, John M. | 06/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Royal Bank Scotland Sub note | | None | | | Sold | 12/18/13 | K | A | |
| 36. Angolgold Ashanti Holdings Note | A | Interest | | | Buy | 07/10/13 | K | | |
| 37. Angolgold Ashanti Holdings note | | None | | | Sold | 12/18/13 | K | | |
| 38. Smart Trust Strat Growth & Inc 4 | | None | J | T | Buy | 12/24/13 | J | | |
| 39. Smart Trust ENH Value II 8 | | None | J | T | Buy | 12/24/13 | J | | |
| 40. Smart Trust Cap Inov GLB infra & mlp 4 | | None | J | T | Buy | 12/24/13 | J | | |
| 41. Smart Trust Tax-Free Income Ser.14 | A | Dividend | J | T | Buy | 08/20/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Facciola, John M. | 06/12/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Facciola, John M. | 06/12/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John M. Facciola**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544